**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORTH WORTH DIVSION**

MITCHELL VASIN,                              §
                                             §
    Plaintiff,                           §
                                             §
v.                                           §     Civil Action No. <u>4:25-cv-00880-O</u>
                                             §
ALLIED PILOTS ASSOCIATION,                   §
                                             §
    Defendant                            §

---

## NOTICE OF DISMISSAL (WITH PREJUDICE)

    Plaintiff Mitchell Vasin, Plaintiff *pro se*, hereby provides this Notice of Dismissal

in accordance with Fed. R. Civ. P. 41(a)(1) dismissing all claims herein *with prejudice*.

              Respectfully submitted this 22nd day of August 2025,

By: _Mitch Vasin_

Mitchell Vasin, *pro se*
c/o Vasin Law PLLC
3100 W. Ray Road, Suite 200
Chandler, AZ  85226
mitch@vasinlaw.com

**CERTIFICATE OF SERVICE**

On August 22, 2025, this Notice of Dismissal was filed with the Clerk of Court electronically via ECF with a COPY sent via first class mail to:

    Allied Pilots Association
    14600 Trinity Boulevard, Suite 500
    Fort Worth, TX  76155

/s/
Mitchell Vasin

1